FILED: JULY 7, 2008
08CV3856

## CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
J&J SPORTS PRODUCTIONS, INC.

**DEFENDANTS**
Theodore McSwine indv. and d/b/a MAGNOLIA SPORTS BAR, LTD., d/b/a Magnolia Sports Bar and MAGNOLIA SPORTS BAR, LTD., d/b/a Magnolia Sports Bar

**(b)** County of Residence of First Listed Plaintiff: Santa Clara
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Zane D. Smith & Associates, Ltd.
415 N. LaSalle Street - Suite 300
Chicago, Illinois 60610    (312) 245-0031

Attorneys (If Known): JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE DENLOW
TG

### II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Diversity Cases Only)

### IV. NATURE OF SUIT
[X] 490 Cable/Satellite TV

### V. ORIGIN
[X] 1 Original Proceeding

### VI. CAUSE OF ACTION
47 USC 605 et seq.

### VII. PREVIOUS BANKRUPTCY MATTERS

### VIII. REQUESTED IN COMPLAINT:
DEMAND $ 300,000
JURY DEMAND: [X] No

### IX. This case
[X] is not a refiling of a previously dismissed action.

DATE: July 7, 2008
SIGNATURE OF ATTORNEY OF RECORD