## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| J&J SPORTS PRODUCTIONS, INC. <br> V. <br> Theodore McSwine, indv. and d/b/a MAGNOLIA SPORTS BAR, LTD., d/b/a Magnolia Sports Bar and MAGNOLIA SPORTS BAR, LTD., d/b/a Magnolia Sports Bar | FILED: JULY 7, 2008 <br> 08CV3856 <br> JUDGE DER-YEGHIAYAN <br> MAGISTRATE JUDGE DENLOW <br> TG |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

J&J SPORTS PRODUCTIONS INC.

| |
|---|
| NAME (Type or print) <br> Andre Ordeanu |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Andre Ordeanu |
| FIRM <br> Zane D. Smith & Associates, Ltd. |
| STREET ADDRESS <br> 415 N. LaSalle Street - Suite 300 |
| CITY/STATE/ZIP <br> Chicago, Illinois  60610 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6280752 | TELEPHONE NUMBER <br> (312) 245-0031 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐