AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

J&J SPORTS PRODUCTIONS, INC.

V.

Theodore McSwine, indv. and d/b/a
MAGNOLIA SPORTS BAR, LTD., d/b/a Magnolia Sports
Bar and MAGNOLIA SPORTS BAR, LTD., d/b/a Magnolia
Sports Bar

| | |
|---|---|
| CASE NUMBER: | 08CV3856 |
| ASSIGNED JUDGE: | JUDGE DER-YEGHIAYAN |
| DESIGNATED MAGISTRATE JUDGE: | MAGISTRATE JUDGE DENLOW |

TO: (Name and address of Defendant)

MAGNOLIA SPORTS BAR, LTD.
c/o John J. O'Donnell
     10759 West 159th Street - Suite 201
     Orland Park, Illinois  60467

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zane D. Smith & Associates, Ltd.
415 N. LaSalle Street - Suite 300
Chicago, Illinois  60610
(312) 245-0031

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

**July 8, 2008**

Date

08 CV 3856

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[1] | Date | *7-14-08* |
| NAME OF SERVER *(PRINT)* Laura Pohl | TITLE | Investigator |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: *10759 W. 159th Street,*
*Suite 201, Orland Park, IL 60467 (Magnolia Sports*
*Bar*

☐ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

_____

_____

☐ Other specify: _____

_____

_____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on *7/14/08*
Date

*Laura Pohl*
Signature of Server

c/o Metro Service Inc. 4647 W 103rd St
Oak Lawn, IL 60453
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.