AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

J&J SPORTS PRODUCTIONS, INC.

V.

Theodore McSwine, indv. and d/b/a
MAGNOLIA SPORTS BAR, LTD., d/b/a Magnolia Sports
Bar and MAGNOLIA SPORTS BAR, LTD., d/b/a Magnolia
Sports Bar

CASE NUMBER: 08CV3856

ASSIGNED JUDGE: JUDGE DER-YEGHIAYAN

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE DENLOW

TO: (Name and address of Defendant)

Theodore McSwine
~~12222 S. May Street~~
~~Chicago, Illinois 60628~~

8957 So. Lowe
Chicago Ill.
60620

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zane D. Smith & Associates, Ltd.
415 N. LaSalle Street - Suite 300
Chicago, Illinois 60610
(312) 245-0031

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_(signature)_
**(By) DEPUTY CLERK**

July 8, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7-24-08 |
| NAME OF SERVER *(PRINT)* DANIEL THOMPSON | TITLE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: C/O GLADYS TALLEY - 8957 S. Lowe Chicago IL 60620

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7-24-08
Date

Signature of Server: Daniel Thompson

Address of Server: 4647 W. 103rd ST OAKLAWN ILL. 60453

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.