# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3856 | **DATE** | 8/21/2008 |
| **CASE TITLE** | J&J Sports Productions, Inc. vs. Theodore McSwine , et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Plaintiff's oral motion for default as to the defendants is granted. Default is hereby entered in favor of the Plaintiff J&J Sports Productions, Inc. and against Defendants Theodore McSwine and Magnolia Sports Bar, Ltd. Prove up hearing set for 09/30/08 at 9:00 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|